■ HEARST MAGAZINES, Respondent, v GREENSTONE/FONTANA CORP. et al., Defendants, and JEANNE FONTANA, Appellant. [30 NYS3d 859]—

Judgment, Supreme Court, New York County (Saliann Scarpulla, J.), entered March 4, 2015, after a bench trial, in

favor of plaintiff and against, inter alia, defendant Jeanne Fontana in the aggregate amount of $88,353.81, unanimously affirmed, with costs.

As a general matter, the unasserted claim by plaintiff magazine against its frequent advertiser would not constitute a cognizable claim for damages (*see Phillips-Smith Specialty Retail Group II v Parker Chapin Flattau & Klimpl*, 265 AD2d 208, 210 [1st Dept 1999], *lv denied* 94 NY2d 759 [2000]). Moreover, where the funds were converted by defendant advertising agency, but the ad for which it received the funds nevertheless ran, there is no claim for conversion of the funds (*see generally Hillsley v State Bank of Albany*, 24 AD2d 28, 30 [1st Dept 1965]).

However, where, as here, a fiduciary profits from a breach of loyalty, those profits must be paid over to the principal (*see Tsutsui v Barasch*, 67 AD3d 896, 898-899 [2d Dept 2009]). Accordingly, the trial court properly entered judgment in plaintiff's favor in the amount of the ill-gotten proceeds. Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Gesmer, JJ.